IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-295-2 |
| ANDRE COLEMAN | : | |

___

| | | |
|---|---|---|
| ANDRE COLEMAN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-2013 |
| UNITED STATES OF AMERICA | : | |

### ORDER

**AND NOW**, this  11th  day of  April , 2012, upon consideration of Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody under 28 U.S.C. § 2255 (ECF No. 141, No. 05-295-2), it is **ORDERED** that the Motion is **DENIED**. No certificate of appealability shall issue.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**